```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675058833
Cashier ID: althea2
Transaction Date: 05/19/2020
Payer Name: JASON PATTON
----------------------------------
CIVIL FILING FEE
 For: JASON PATTON
 Amount:       $400.00
----------------------------------
Paper Check Conversion
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:       $0.00

3:20-0422
```