RECEIVED

OCT 26 2020

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

US DISTRICT COURT
MIDDLE TENNESSEE DISTRICT OF TENNESSEE

------------------------------------------------------------

PATTON
                    Plaintiff,

VS

                                        **AFFIDAVIT OF SERVICE**
                                        CASE No.3:20-CV000422

WILLIAMSON COUNTY, et al
                    Defendants,

------------------------------------------------

Bradley Holton being duly sworn, says:

I am authorized to serve court process in Tennessee, not a party to this action, and over 18 years of age. My business address is 1222 16th ave South #23 Nashville TN 37212.

On September 13, 2020 I served by my hand in person to the office of the city attorney for Williamson county Tennessee a Complaint, Notice/Information regarding Consent of the Parties to the Magistrate Judge; Noticed Mailed to Pre Se Party regarding filing of new case at 109 3rd Ave South Suite 3 Franklin TN 37064

Bradley Holton

Sworn and subscribed to me this 19th of October 2020 Notary Public Alisha G. Carie

exp 5/9/22

ALISHA G. CARIE
STATE OF TENNESSEE
NOTARY PUBLIC
WILSON COUNTY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading)_____
has been served on:

(Name)          _____
(Address)       _____
(Address)       _____

(Name)          _____
(Address)       _____
(Address)       _____

(Name)          _____
(Address)       _____
(Address)       _____

(Name)          _____
(Address)       _____
(Address)       _____

(Name)          _____
(Address)       _____
(Address)       _____

(Name)          _____
(Address)       _____
(Address)       _____

(Name)          _____
(Address)       _____
(Address)       _____

(Name)          _____
(Address)       _____
(Address)       _____

(Name)          _____
(Address)       _____
(Address)       _____

on the _____ day of _____, 20_____.

_____
Signature



U.S. POSTAGE PAID
FCM LETTER
NASHVILLE, TN
37209
OCT 24, 20
AMOUNT
**$4.10**
R2305H129401-23

37203



1000

7020 0640 0000 4135 7939

**RECEIVED**

OCT 2 6 2020

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

U.S. District Court

801 Broadway, Room 800

Nashville, TN 37203

COVID