IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON PATTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:20-cv-00422 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| WILLIAMSON COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 6, "R & R"), recommending that this action be dismissed without prejudice under Rule 4(m) because Plaintiff has not served any of the Defendants named in his Complaint and no Defendant has appeared. No Objections to the Report and Recommendation have been filed.[1]

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and

---

[1] Plaintiff, who is proceeding pro se, was previously given information by the Court regarding his responsibility for effecting service of process on Defendants. (Doc. No. 4). When Plaintiff did not effectuate service, the Magistrate Judge ordered Plaintiff to show cause why the action should not be dismissed and warned Plaintiff that she would likely recommend his action be dismissed if he did not comply with the order. (Doc. No. 5). Plaintiff did not comply with the Order to Show Cause. Though Plaintiff did not file an Objection to the R & R, Plaintiff filed an Affidavit of Service after the R & R was issued. (Doc. No. 7). The first page states that the office of the city attorney for Williamson County was served. (*Id.* at 1). Defendants in this action are Williamson County, City of Franklin, City of Brentwood, and three John Doe Defendants. (Doc. No. 1). The Certificate of Service page was left blank. (Doc. No. 7 at 2). No Defendant has entered an appearance in this matter.

1

recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, this case is **DISMISSED** without prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE